IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






PD NOS. 1482-07; 1483-07; 1484-07; 1485-07;


1486-07; 1487-07; 1488-07 & 1489-07





STEPHEN RUFFIN, Appellant


v.


THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

 FROM THE TENTH COURT OF APPEALS

CORYELL COUNTY





 Per curiam. Keasler and hervey, JJ., dissent.



ORDER

 The petition for discretionary review violates Rule of Appellate Procedure 68.5,
because the grounds and reasons for review are longer than 15 pages.

 The petition is struck. See Rule of Appellate Procedure 68.6.

 The petitioner may redraw the petition. The redrawn petition must be filed in the
Court of Criminal Appeals of Texas within thirty (30) days after the date of this order.


En banc.


Delivered: December 5, 2007

Do Not Publish.